No. 93–1171.  MOERMAN v. CALIFORNIA ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–1224.  TODD SHIPYARDS CORP. ET AL. v. EDWARDS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–1229.  ROBINSON ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CHAS. SCHREINER BANK.  C. A. 5th Cir.  Certiorari denied.

No. 93–1248.  WINTERS, DBA SHARP'S PAWN SHOP v. BOARD OF COUNTY COMMISSIONERS OF OSAGE COUNTY, OKLAHOMA, ET AL.; and
No. 93–1366.  LANDSDOWN, INDIVIDUALLY AND AS DEPUTY SHERIFF, ET AL. v. WINTERS.  C. A. 10th Cir.  Certiorari denied.

No. 93–1284.  HOECHST CELANESE CORP. ET AL. v. GILLIS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–1314.  TAUBER v. SALOMON FOREX, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–1317.  SANDERSON v. WINFIELD CARRAWAY HOSPITAL ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 93–1319.  MENDENHALL ET AL. v. CEDARAPIDS, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 93–1320.  AMERMAN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–1323.  DeNOOYER, BY NEXT FRIEND DeNOOYER, ET AL. v. LIVONIA PUBLIC SCHOOLS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–1326.  ANDRIOLA ET AL. v. ANTINORO ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 93–1330.  UBEROI v. UNIVERSITY OF COLORADO BOARD OF REGENTS ET AL.  Ct. App. Colo.  Certiorari denied.